IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAREN DENISE ASH                                              PLAINTIFF

VS.                     CASE NO. 3:17CV00016 PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                       DEFENDANT

## ORDER

Now before the Court is the plaintiff Karen Denise Ash's ("Ash") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Nancy A. Berryhill ("Berryhill") does not oppose the motion.

We grant the motion, approving an EAJA award in the total amount of $2,229.37 (fees in the amount of $2,209.30 plus expenses of $20.07). We find nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Ash, and not her attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Ash, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 26th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE